UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ESTHER JONES                  JURY TRIAL DEMANDED

v.                                  CASE NO.  3:10 cv

REGENT ASSET MANAGEMENT SOLUTIONS, INC.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant had a place of business at 7290 Samuel Dr # 300, Denver CO 80221 which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when attempting to communicate with plaintiff concerning efforts to collect disputed personal Bank First accounts.

7. In July, 2009, Defendant requested that plaintiff communicate with its office at 866-816-3791 to discuss payment of the accounts.

8. The accounts had been discharged in 2004, Case 04-31865, United States Bankruptcy Court, District of Connecticut.

9. Regent has a pattern and practice of seeking to collect on accounts discharged in bankruptcy.

FIRST COUNT

10. In the collection efforts, defendant violated the FDCPA, § 1692d, -e, -f, or –g.

SECOND COUNT

11. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

12. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages under each of the FDCPA or CCPA for each communication against defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and such further relief as law or equity may provide.

                    THE PLAINTIFF

                    BY____/s/ Joanne S. Faulkner___
                         JOANNE S. FAULKNER ct04137
                         123 Avon Street
                         New Haven, CT 06511-2422
                         (203) 772-0395
                         faulknerlawoffice@snet.net