UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ESTHER JONES,

v.   Civil 3:10CV262(CSH)

REGENT ASSET MANAGEMENT
SOLUTIONS, INC.

## DEFAULT JUDGMENT

This action came on for consideration before the Honorable Charles S. Haight, Jr., Senior United States District Judge, as a result of plaintiff's motion for default judgment. On May 11, 2010, default entered as to the defendant. The plaintiff filed a motion for default judgment which was granted on June 25, 2010, ordering that judgment enter for the plaintiff against the defendant, Regent Asset Management Solutions, Inc., in the amount of $1,000.00 in statutory damages, for each of the two accounts, as well as $1,000.00 in statutory damages for each of the two accounts, for a total of $4,000.00. Also awarded was $2,100.00 in attorney's fees plus $442.70 in costs.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiff, Esther Jones, against the defendant, Regent Asset Management Solutions, Inc., in the amount of $6,542.70 in total and the case is closed.

Dated at New Haven, Connecticut this 28th day of June, 2010.

ROBIN A. TABORA, CLERK

By_____/s/_____
Joanne Pesta
Deputy Clerk

EOD:   June 28, 2010

Case 3:10-cv-00262-CSH   Document 9   Filed 06/28/10   Page 2 of 2