UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ESTHER JONES**

v.     CASE NO.  3:10 cv  262 (CSH)

**REGENT ASSET MANAGEMENT SOLUTIONS, INC.**

<u>MEMORANDUM IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE</u>

Defendant has refused to comply with the judgment of this Court by paying the judgment with statutory interest, and refused to comply with a specific order directing it to respond to post-judgment interrogatories. Pursuant to Fed. R. Civ. P. 37(b)(2) and –(c)(1), "A federal district court possesses broad inherent power to protect the administration of justice by levying sanctions in response to abusive litigation practices." <u>Penthouse Intern., Ltd. v. Playboy Enterprises, Inc</u>., 663 F.2d 371, 386 (2d Cir. 1981). The predicate for imposition of sanctions pursuant to Rule 37(b) is failure to obey a lawful order from this court. "Provided that there is a clearly articulated order of the court requiring specified discovery, the district court has the authority to impose Rule 37(b) sanctions for noncompliance with that order." <u>Daval Steel Products, a Div. of Francosteel Corp. v. M/V Fakredine</u>, 951 F.2d 1357, 1363 (2d Cir. 1991).

Here, where the Court effectively ruled that defendant attorney violated the FDCPA, its disrespect for the Court as well as the FDCPA is particularly offensive to the system of justice.

Plaintiff notified defendant's former counsel of the Court's order. She refused to convey it to her former client or its purported current counsel, although she had conveyed the default judgment itself.[1] On December 14, 2010, the undersigned mailed a copy of the December 13 Order to CEO Sciata as well.

## CONCLUSION

An order to show cause should enter as requested, so that defendant can show cause why its CEO should not be held in contempt and why the requested orders, including arrest, should not issue.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

Certificate of Service

I hereby certify that on January 18, 2011, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also mailed to

Michael Scata, CEO
Regent Asset Management Solutions, Inc.
7290 Samuel Dr # 300
Denver CO 80221

__/s/ Joanne S. Faulkner_____
Joanne S. Faulkner

---

[1] Aimee C. Bataillon, Esq.
Spencer Fane Britt & Browne LLP
9420 Underwood Avenue, Suite 200
Omaha, NE 68114-6608