Civil- (Dec-2008)

HONORABLE: CHARLES S. HAIGHT, JR.
DEPUTY CLERK JOANNE PESTA       RPTR/ECRO/TAPE RPTR- T. FINKLESTEIN
TOTAL TIME: ____ hours  40 minutes
DATE: 3/24/11       START TIME: 11:10 am   END TIME: 11:50
                    LUNCH RECESS   FROM: _____ TO: _____
            RECESS (if more than ½ hr)  FROM: _____ TO: _____

CIVIL NO. 3:10-CV-262(CSH)

ESTHER JONES                                JOANNE FAULKNER
                                            Plaintiff's Counsel

        vs                                      N/A
Regent Asset Mgmt Solutions Inc             Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☑ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ....# 12 Motion FOR ORDER TO SHOW CAUSE & FOR SANCTIONS  ☑ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....      Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....      Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....      Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....      Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....      ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ Hearing continued until _____ at _____