United States District Court
District of Connecticut
FILED AT  NEW HAVEN

3 / 25 / 20 11

Roberta D. Tabora, Clerk

By_____
Deputy Clerk

ESTHER JONES                               :

                                           :

v                                          :        CASE NO. 3:10-CV-262 (CSH)

                                           :

REGENT ASSET MANAGEMENT                    :
SOLUTIONS, INC.

---

### CAPIAS

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR

ANY OF HIS DEPUTIES, GREETING:

It appearing that MICHAEL SCATA, President and CEO of Defendant Regent Asset

Management Solutions, Inc. at 7290 Samuel Drive, # 300, Denver, Colorado, 80221, was to

appear before the United States District Court at New Haven, Connecticut, on March 24, 2011,

pursuant to the Amended Show Cause Order in the above-named case, to answer for

Defendant's failure to pay a default judgment of $6,542.70 against it and failure to respond to

post-judgment discovery as ordered, and that the said MICHAEL SCATA has failed to appear as

required on March 24, 2011.

**NOW THEREFORE, YOU ARE COMMANDED TO** arrest MICHAEL SCATA and bring him

to appear before the U.S. District Court for the District of Colorado, at Alfred A. Arraj United

States Courthouse, 901 19th Street, Denver, Colorado, to be dealt with according to law.

It is so ordered.

Dated at New Haven, Connecticut this 25th of March, 2011.

/ S /

Charles S. Haight, Jr.
Senior United States District Judge